JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston **Related Case Information:** 16cr10245-

**County** Suffolk

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant X
Magistrate Judge Case Number 16-5099-JGD
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Nathanial Ponn Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Boston, MA

Birth date (Yr only): 1988 SSN (last4#): 0197 Sex M Race: W Nationality: US

**Defense Counsel if known:** Joshua Hanye Address 51 Sleeper Street, 5th Floor

**Bar Number** 661686 Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Mark J. Balthazard Bar Number if applicable 544463

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:**

**Arrest Date** 03/31/2016

☑ Already in Federal Custody as of 08/05/2016 in US v. Ponn, pretrial custody.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: August 24, 2016 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Nathanial Ponn

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-3 |
| Set 2 | 18 USC 982(a)(2) | Criminal Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______